ALFRED ELLER, Appellant, v. AMERICAN SILK MILLS, INC., Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

In the Matter of ROBERT ANDERSON et al., Respondents, against CITY OF NEW YORK, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

MICHAELA D. STOLOW, Appellant, v. JULIUS STOLOW et al., Copartners Doing Business under the Name of J. & H. STOLOW, Respondents.— Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

MARIE T. BATA, Respondent, v. BATA, A. S., Defendant, and SVIT NATIONAL CORPORATION, Intervener, Appellant.— No opinion. Present — Dore, J. P., Cohn, Shientag and Bergan, JJ.

FRANK LEVINE et al., Appellants, v. JULES L. LOZEA, Respondent.— Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ. [Order granted motion by plaintiff Joveshof to make substitution for plaintiff Levine and amend complaint.]

JUDAH L. FALIK, Respondent, v. FACTORING & DISCOUNT CORPORATION et al., Appellants, et al., Defendants.— Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

In the Matter of the Arbitration between TILTON TEXTILE CORP., Appellant, and NEWBERRY MILLS, INC., Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.